# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40180
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 2, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

J. CONSEPCION GARCIA-JASSO,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:13-CR-1747

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM:[*]

J. Consepcion Garcia-Jasso appeals his sentence for illegal reentry. He contends that the district court erred by imposing a 16-level drug trafficking enhancement under U.S.S.G. § 2L1.2 for his 1991 Texas offense of aggravated delivery of a controlled substance. He argues that the offense did not warrant the enhancement because the term "drug trafficking offense" in § 2L1.2 requires remuneration, which is not an element under Texas Health and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-40180

Safety Code § 481.112(a) and (c) (1991).  De novo review applies to his preserved objection.  *See United States v. Reyes-Mendoza*, 665 F.3d 165, 166 (5th Cir. 2011).

We recently rejected the argument that an offense must require remuneration to qualify as a drug trafficking offense under § 2L1.2.  *United States v. Martinez-Lugo*, 782 F.3d 198, 201-05 (5th Cir. 2015).  Accordingly, the judgment of the district court is AFFIRMED.